989 A.2d 2

Antoine BARBER, Petitioner

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Respondent.

No. 126 EM 2009.

Supreme Court of Pennsylvania.

Dec. 9, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 9th day of December, 2009, the Application for Relief Pursuant to Pa.R.A.P. 123 is **DENIED.**